UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRUCE BUSKE,,

                         Plaintiff,

     vs                                              5:07-CV-120

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

OLINSKY & SHURTLIFF                   HOWARD D. OLINSKY, ESQ.
Attorneys for Plaintiff
300 South State Street, Suite 520
Syracuse, NY 13202

SOCIAL SECURITY ADMINISTRATION     KIMBERLY L. SCHIRO, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff filed this action in February 2007, appealing a denial of Social Security benefits. By Report-Recommendation dated November 20, 2008, the Honorable Victor E. Bianchini, United States Magistrate Judge, recommended that defendant's motion for judgment on the pleadings should be denied; plaintiff's cross-motion for judgment ion the pleadings should be denied in part and granted in part, and remanded for reconsideration. The parties have filed objections to the report and recommendation.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Bianchini, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1). Accordingly, it is

ORDERED that

1. Defendant's motion for judgment on the pleadings is DENIED;

2. Plaintiff's cross-motion for judgment on the pleadings is DENIED in part and GRANTED in part.

3. This matter is REMANDED to the Commissioner for further proceedings consistent with the Report-Recommendation.

IT IS SO ORDERED.

_____
United States District Judge

Dated: January 26, 2009
       Utica, New York.